# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 19, 2014

## NO. 03-13-00758-CV

**Kevin Jones, Individually and d/b/a Broyles Custom Pools, Appellant**

**v.**

**SCP Pool Corp, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
### DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on July 9, 2013. The parties have filed an agreed motion to dismiss this appeal with prejudice, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of the appeal incurred by that party, both in this Court and the court below.